UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re: VOLKSWAGEN                                              No. 15-13360
"CLEAN DIESEL" CASES/                                     Hon. Gerald E. Rosen

ORDER APPOINTING INTERIM
COORDINATING CLASS COUNSEL

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on October 16, 2015

PRESENT:   Honorable Gerald E. Rosen
           United States District Chief Judge

The Court having conducted a Status Conference with counsel for the parties on October 14, 2015, and the Court having determined, and Plaintiffs' counsel having agreed, that it would be in the interest of justice and judicial economy for interim class counsel to be appointed at this time; and the Court being otherwise fully advised in the premises,

NOW, THEREFORE,

IT IS HEREBY ORDERED that pursuant to Fed. R. Civ.P. 23(g)(3), the Court designates the following to act as Interim Coordinating Class Counsel for the plaintiffs in the consolidated actions and all further actions consolidated with this action in the future:

- Keller Rohrback L.L.P.

- The Miller Law Firm, P.C.

- Lieff, Cabraser, Heimann & Bernstein L.L.P.

                                  s/Gerald E. Rosen
                                  Chief Judge, United States District Court

Dated: October 16, 2015

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 16, 2015, by electronic and/or ordinary mail.

                                        s/Julie Owens
                                        Case Manager, (313) 234-5135