UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  VOLKSWAGEN                                                   No. 15-13360
"CLEAN DIESEL" CASES /                                        Hon. Gerald E. Rosen

ORDER DENYING PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION, WITHOUT PREJUDICE

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on October 15, 2016

PRESENT:   Honorable Gerald E. Rosen
United States District Chief Judge

In three of the consolidated actions (*Gurevich*, No. 15-13389; *Rasor*, No. 15-13452; and *Romesburg*, 15-13579), Plaintiffs filed a Motion for Preliminary Injunction seeking an order from the Court commanding Defendant Volkswagen Group of America, Inc. to promptly offer to repurchase or, at the option of each plaintiff or class member, replace each Defect Device Vehicle, and offer to refund the cost or replace each Defeat Device Vehicle that was leased by a plaintiff or class member.  The Court discussed Plaintiffs' Motion with counsel for the parties at a Status Conference held on October 14, 2015, and for the reasons stated in the conference, the Court finds Plaintiffs' Motion premature.  Therefore,

IT IS HEREBY ORDERED that Plaintiffs' Motion for Preliminary Injunction is DENIED, without prejudice.

s/Gerald E. Rosen
Chief Judge, United States District Court

Dated:  October 16, 2015

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 16, 2015, by electronic and/or ordinary mail.

        s/Julie Owens
        Case Manager, (313) 234-5135